UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-CR-80112-DMM

UNITED STATES OF AMERICA

vs.

RASHAR LAMON'DRE HENRY,

Defendant.
_____/

## FACTUAL PROFFER

The United States Attorney's Office for the Southern District of Florida and RASHAR LAMON'DRE HENRY (hereinafter the "defendant") agree that had this case proceeded to trial, the United States would have proven the following elements and facts beyond a reasonable doubt:

### Elements

(i) that the defendant knowingly possessed a firearm and ammunition in or affecting interstate or foreign commerce,

(ii) before possessing the firearm and ammunition, the defendant had been convicted of a felony – a crime punishable by imprisonment for more than one year, and

(iii) the defendant knew he was a convicted felon.

### Facts

1. On May 19, 2023, a police officer with the Riviera Beach Police Department attempted to stop a vehicle within the city limits for a traffic violation (inoperable tag light). The car did not stop right away. Rather, the car continued a short distance within a residential area. Once the vehicle did stop, the defendant got out of the front passenger seat and started walking

away. The defendant was given several commands to stop by the officer who attempted to conduct the traffic stop, but the defendant did not. A second police officer ran towards the defendant from behind to detain him. The defendant was apprehended a short distance away near a wooden fence.

2. When the defendant attempted to run from the police, he dropped a firearm on the ground. The officers located the firearm and recovered it. Search incident to arrest, the officers found a holster and magazine in the defendant's waistband. The magazine and ammunition matched the gun found on the ground. Additionally, DNA testing determined the defendant's DNA was present on the firearm.

3. The firearm that was recovered was a Colt, Model MK IV Series 70, .45 ACP caliber pistol, loaded with a total of nine rounds of Federal .45 Auto caliber ammunition. All items were made outside Florida.

4. The defendant was a convicted felon and had knowledge of his felon status.

5. All events occurring in the Southern District of Florida and elsewhere.

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

Date: 8/18/2023   8/25/23   By: _Adam C. McMichael_
ADAM MCMICHAEL
ASSISTANT UNITED STATES ATTORNEY

Date: 8-18-2023   8-25-2023 E.L   By: _E.D. Reagan_
EDWARD DONALD REAGAN,
COUNSEL FOR THE DEFENDANT

Date: 8-18-2023   8-25-2023 RLH   By: _Rashar Henry_
RASHAR LAMON'DRE HENRY,
DEFENDANT